IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOMINICK COLEMAN, | ) | |
| Plaintiff, | ) | Civil Action No. 7:19-cv-00268 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| JIM DAVIS, *et al.*, | ) | United States District Judge |
| Defendants. | ) | |

**MEMORANDUM OPINION**

Plaintiff Dominick Coleman, a former federal inmate proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983. On April 12, 2019, the court became aware that Coleman had been released from incarceration. On the same date, the court ordered Coleman to pay the filing fee in full or otherwise respond to the court's order within ten days. The court warned Coleman that failure to respond to the court's order would result in immediate dismissal of the action without prejudice. Coleman did not respond. Therefore, this action will be dismissed without prejudice.

An appropriate order will be entered.

Entered: April 30, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge